## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **FILED UNDER SEAL** |
| | ) | CR. NO. _____ **05-20156 D V** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | FILED BY |
| | ) | |
| **CASEY JONES, and** | ) | |
| **JOHN MURRAY JR.,** | ) | |
| | ) | APR 19 2005 |
| **Defendants.** | ) | |

Robert R. Di Trolio, Clerk
U. S. DIST COURT
W. D. OF TN. MEMPHIS

### ORDER SEALING INDICTMENT

Upon motion of the United States and for good cause shown, the indictment against

the above-named Defendant(s) is hereby ordered sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: __4/19/05__

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __4-26-05__

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20156 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT